# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **R. ALEXANDER ACOSTA, et al.,** : <br> Secretary of Labor, United States Department : <br> of Labor, : <br> : <br> **Plaintiffs,** : <br> : <br> v. : <br> : <br> **NINA's HEALTH CARE SERVICES, LLC,** : <br> **et al.,** : <br> : <br> **Defendants.** : | Case No. 2:18-cv-01774 <br><br> JUDGE ALGENON L. MARBLEY <br><br> Magistrate Judge Jolson |

## ORDER

This matter is before the Court on the parties' Joint Consent Judgment and Order. Doc. 22. The Consent Judgment and Order is signed by all parties, who agree to the entry of Judgment without contest. The Court hereby **ADOPTS** the Consent Judgment and Order [#22]. The Court, however, shall retain jurisdiction over this matter for the purpose of enforcing the terms and conditions of the Consent Judgment and Order. This action is now **DISMISSED**.

**IT IS SO ORDERED.**

*/s/ Algenon L. Marbley*
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: August 24, 2020**

1